IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PHIL J. KOHOUT, JR.

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 11-cv-264-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Phil J. Kohout, Jr. affirming the decision of the commissioner on remand.


      /s/                                                 6/24/2013
Peter Oppeneer, Clerk of Court                      Date