IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHIL KOHOUT, JR.,

                                                                                      ORDER

                Plaintiff,

                                                                  11-cv-264-bbc

    v.

CAROLYN COLVIN, Acting
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan, counsel for plaintiff Phil Kohout, Jr., has moved for an award of attorney fees in the amount of $3,323.00 for his representation of plaintiff in social security administration proceedings. Defendant has advised the court that it has no objection to the award.

ORDER

      IT IS ORDERED that Dana Duncan's motion for an award of attorney fees for his work in representing plaintiff Phil Kohout, Jr., dkt. # 13, is GRANTED. Defendant Carolyn Colvin, Acting Commissioner of Social Security is directed to remit $3,323.00 to Mr.

1

Duncan.

Entered this 12th day of November, 2013.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge