IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Phil J. Kohout, Jr.,

      Plaintiff,                                               JUDGMENT IN A CIVIL CASE

v.                                                                                  Case No. 11-cv-264-bbc

Carolyn W. Colvin,
Acting Commissioner of Social Security

      Defendant.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Phil J. Kohout, Jr. against Carolyn W. Colvin

awarding plaintiff attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $3,323.00.


|  |  |
|---|---|
| S/ Peter Oppeneer | 11/14/2013 |
| Peter Oppeneer, Clerk of Court | Date |