IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Phil J. Kohout, Jr.,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-264-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Phil J. Kohout, Jr. against Carolyn W. Colvin

awarding plaintiff attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $3,323.00.

    S/ Peter Oppeneer          11/14/2013
    Peter Oppeneer, Clerk of Court          Date